UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:10CR65 HEA |
| | ) | |
| AUSTIN MOSBY, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing set in this matter for Monday, July 26, 2010, at 11:00 a.m. is reset to 11:15 a.m. in the courtroom of the undersigned.

Dated this 14th day of June, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE